UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FREDERICK RIVERS, :
    Plaintiff :
     :
v. : CIVIL NO. 1:12-CV-2620
     :
S.C.I. HUNTINGDON PRISON, *et al.*, :
    Defendants :

# *O R D E R*

AND NOW, this 29th day of April, 2013, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Schwab (Doc. 18), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

    1.    The R&R (Doc. 3) is ADOPTED.

    2.    Pursuant to the magistrate judge's recommendation, the amended complaint is DISMISSED, and the Clerk of Court is directed to CLOSE this case.

                               /s/ William W. Caldwell
                               William W. Caldwell
                               United States District Judge